IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NUMBER 15-MJ-3020-DGW |
| APPLICATION FOR | ) |
| SEARCH WARRANT | ) |

## ORDER

Upon motion of the United States of America, the Court hereby orders the Clerk of Court to unseal the application for search warrant and the search warrant filed on January 27, 2015, by Special Agent Clauer of the Alcohol, Tobacco, Firearms, and Explosives.

**IT IS SO ORDERED.**

DATE:   April 7, 2016

*s/Donald G. Wilkerson*
DONALD G. WILKERSON
United States Magistrate Judge